BEVERLY LAND COMPANY, a Florida Corporation, v. SEMINOLE FRUIT & LAND COMPANY, a New York corporation, and authorized to transact business in the State of Florida, and ANNA A. ROSE, a single woman.

27 So. (2nd) 676                                    June Term, 1946
October 1, 1946                                        Division A

Affirmed.

CHARLIE OLIVER v. STATE OF FLORIDA

28 So. (2nd) 440                                    June Term, 1946
October 22, 1946                                       Division A

Affirmed.